**Entered on Docket
December 21, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for Secured Creditor BANK OF AMERICA, NA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>RENATO MAGCALING AND<br>MARCELINA MAGCALING,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-09-20162-bam<br>Chapter 13<br><br>BANK OF AMERICA, NA'S ORDER VACATING AUTOMATIC STAY<br>Date: November 23, 2009<br>Time: 1:30 P.M. |

A hearing on Secured Creditor Bank of America, NA's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Bruce A. Markell.

/././

1  The court having duly considered the papers and pleadings on file herein and
2  being fully advised thereon and finding cause therefor:
3  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic
4  Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by
5  Secured Creditor, of all its rights in the subject property, generally described as 1901 Denby
6  Avenue, Las Vegas, Nevada 89106, and legally described as follows:

> LOT 14 IN BLOCK 13 OF RANCHO MANOR UNIT #2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 8 OF PLATS, PAGE 30, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

APPROVED/DISAPPROVED

_____
KATHLEEN A. LEAVITT
TRUSTEE

15  /./././
16  /./././
17  /./././
18  /./././
19  /./././
20  /./././
21  /./././
22  /./././
23  /./././
24  /./././
25  /./././
26  /./././
27  /./././
28  /./././

<u>ALTERNATIVE METHOD re: RULE 9021</u>:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐ Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒ Failed to respond. - Trustee

###

Submitted by:

/s/ Jacque A. Gruber
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar 11385
Attorney for BANK OF AMERICA, NA